UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEW YORK STATE VEGETABLE GROWERS
ASSOCIATION, INC., et al.,

                    Plaintiffs,

       v.

GOVERNOR ANDREW CUOMO, et al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 19-cv-1720-LJV

<u>Defendants' Motion</u>

<u>for Leave to File a Sur-reply</u>

PLEASE TAKE NOTICE that with the consent of Plaintiffs, Defendants hereby respectfully move this Court pursuant to Rule 7 of the Local Rules of Civil Procedure for leave to file a sur-reply in response to Plaintiff's Reply to Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction. As Plaintiffs included new evidence and arguments related to the 2020 amendments to the Farm Laborers Fair Labor Practices Act, which were not in their opening submission, Defendants, with Plaintiffs' consent, seek the Court's permission to file a sur-reply by July 6, 2020.

Dated: June 24, 2020

                                                Respectfully submitted,

                                                <u>/s/ Seth Kupferberg</u>

                                                Seth Kupferberg
                                                Julie R. Ulmet
                                                *Attorneys for Defendants*
                                                Office of the Attorney General, Labor Bureau
                                                28 Liberty Street
                                                New York, New York 10005
                                                (212) 416-8856